CLARA A. CURTISS, Respondent, *v.* LEHIGH VALLEY RAILROAD COMPANY, Appellant.

*Negligence — railroads — when passenger, injured from slipping on wet floor of station which was being mopped, cannot recover.*

Curtiss v. Lehigh Valley R. R. Co., 194 App. Div. 931, reversed.

(Argued March 7, 1922; decided March 21, 1922.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the third judicial department, entered December 1, 1920, affirming a judgment in favor of plaintiff entered upon a verdict in an action to recover for personal injuries alleged to have been sustained by plaintiff through the negligence of defendant. Plaintiff, an intending passenger upon defendant's railroad, entered its station at Geneva and purchased a ticket to her destination. The floor of the station was being mopped and was wet. In places thereon there were pools of water.

Plaintiff in going to check her baggage slipped on the wet floor and falling, received the injuries complained of.

*Philip E. Lonergan* for appellant.

*Leon C. Rhodes* for respondent.

Judgment reversed and complaint dismissed, with costs in all courts, on the dissenting opinion of HENRY T. KELLOGG, J., below.

Concur: HISCOCK, Ch. J., HOGAN, CARDOZO, POUND, McLAUGHLIN, CRANE and ANDREWS, JJ.